**Opinion issued March 31, 2022**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-22-00116-CV

_____

**IN RE RONALD DWAYNE WHITFIELD, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Ronald Dwayne Whitfield, is a vexatious litigant subject to a prefiling order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.101(a). Whitfield requested permission from the local administrative judge of Harris County, Texas to file two new actions, including: (1) a lawsuit to set aside as void the order of termination of Whitfield's parental rights in trial court cause number 2017-02559J and (2) a lawsuit against the Harris County Sheriff's Office for injuries Whitfield alleged he sustained in connection with an incident involving a Harris County Sheriff's deputy on or

around February 18, 2018. On January 28, 2022, the local administrative judge entered two orders denying each of Whitfield's two requests for permission to file the actions. On February 22, 2022, Whitfield filed a petition for writ of mandamus with this Court challenging the administrative court's orders denying his requests. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.102(f).

Whitfield's petition for writ of mandamus is denied. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.